UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 20-65-DLB

EDWARD NELLSON                                                                                       PLAINTIFF

v.                                                    **JUDGMENT**

FEDERAL BUREAU OF PRISONS, et al.                                                 DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith, and the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)   Defendants' Motion to Dismiss (Doc. # 60) is **GRANTED**. **Judgment is entered in favor of Defendants on all of Plaintiff's claims**;

(2)   Plaintiff's Amended Complaint (Doc. # 52) is **DISMISSED WITH PREJUDICE**; and

(3)   This matter is **STRICKEN** from the Court's active docket.

This is a **FINAL and APPEALABLE** Order and no just cause for delay exists.

This 29th day of September, 2021.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\ORDERS\PikeCivil\2021\20-65 Judgment.docx